IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DAVID GOLDSTEIN,**

    Plaintiff,

v.                                                                            Civil Action No. **3:17CV225**

**JOHN MARSHALL,** *et al.*,

    Defendants,

## MEMORANDUM OPINION

By Memorandum Order entered on April 10, 2017, the Court conditionally docketed Plaintiff's action. On April 18, 2017, the United States Postal Service returned the April 10, 2017 Memorandum Order to the Court marked, "RETURN TO SENDER." Since that date, Plaintiff has not contacted the Court to provide a current address for this action. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 5/22/17
Richmond, Virginia

/s/ 
John A. Gibney, Jr.
United States District Judge